UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| ELITE ADVANTAGE, LLC. and<br>EDWARD E. SELL, Individually and on<br>behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRIVEST FUND IV, L.P.,<br>TRIVEST PARTNERS GP, LLC,<br>TRIVEST PARTNERS IV, INC., AND<br>TROY D. TEMPLETON,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  NO. 2:15CV349-PPS/JEM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

My order of January 14, 2016 [DE 63] granted defendants' motion to dismiss all claims in this action, but granted plaintiffs 30 days in which to file an amended complaint.  Much more time has elapsed and plaintiffs have submitted no amended pleading.

  ACCORDINGLY:

The Clerk shall enter judgment in favor of all defendants and against all plaintiffs, dismissing plaintiffs' claims with prejudice for the reasons stated in the January 14, 2016 order [DE 63].

  SO ORDERED.

  ENTERED: October 17, 2016.

                                          /s/ Philip P. Simon
                                          PHILIP P. SIMON, CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT