UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| ELITE ADVANTAGE, LLC | ) | |
|---|---|---|
| EDWARD E. SELL | ) | |
| Plaintiff(s) | ) | |
| V. | ) | Civil Action No.   2:15-CV-349 PPS-JEM |
| TRIVEST FUND IV, L.P. | ) | |
| TRIVEST PARTNERS GP, LLC | ) | |
| TRIVEST PARTNERS IV INC | ) | |
| TROY D TEMPLETON | ) | |
| Defendant(s) | ) | |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☒ other:   JUDGMENT ENTERED in favor of defendants, Trivest Fund IV, L.P., Trivest Partners GP, LLC, Trivest Partners IV Inc., and Troy D. Templeton and against plaintiffs, Elite Advantage, LLC and Edward E. Sell.  Plaintiffs' claims are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Philip P. Simon  on a motion for  Dismissal

    .

Date    October 18, 2016                                  *CLERK OF COURT*

                                                          s/ J. Schrader

                                                 *Signature of Clerk or Deputy Clerk*